**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | | |
|---|---|---|
| IN RE:   Mary Ann Boden, | * | Chapter 13 |
|               Debtor. | * | Case No. 13-40327 |
| | * | |

### NOTICE

THE DEBTOR HAS FILED PAPERS WITH THE COURT ON A MOTION TO PROCEED WITH LOAN MODIFICATION PROCESS.

YOUR RIGHTS MAY BE AFFECTED.  YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE.  (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.)

IF YOU DO NOT WANT THE COURT TO GRANT THE MOTION, THEN YOU OR YOUR ATTORNEY MUST FILE WITH THE COURT A WRITTEN RESPONSE TO THE MOTION ON OR BEFORE **MAY 26, 2016.**

IF YOU MAIL YOUR RESPONSE TO THE COURT FOR FILING; YOU MUST MAIL IT TO THE UNITED STATES BANKRUPTCY COURT, 901 FRONT AVENUE, ONE ARSENAL PLACE, COLUMBUS, GEORGIA 31901 EARLY ENOUGH SO THE COURT WILL **RECEIVE** IT ON OR BEFORE THE DATE STATED ABOVE.

IF YOU FILE A RESPONSE AND DO NOT WANT THE COURT TO GRANT THE MOTION, OR IF YOU WANT THE COURT TO CONSIDER YOUR VIEWS ON THE MOTION, THEN YOU OR YOUR ATTORNEY MUST ATTEND THE HEARING SCHEDULED FOR **JUNE 28, 2016 AT 2:00 P.M.,** IN THE UNITED STATES BANKRUPTCY COURT, 901 FRONT AVENUE, ONE ARSENAL PLACE, COLUMBUS, GEORGIA.

IF YOU OR YOUR ATTORNEY DO NOT TAKE THESE STEPS, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE MOTION.

IF YOU FAIL TO FILE AND SERVE A RESPONSE WITHIN THE TIME SET FORTH ABOVE AN ORDER WILL BE ENTERED GRANTING THE RELIEF REQUESTED AND A HEARING WILL NOT BE HELD.

Date:  05/02/2016

/s/ Valerie G. Long
Valerie G. Long
Attorney for Debtor

4800 Armour Road
P.O. Box 8641
Columbus, Georgia  31908-8641
(706) 596-6745
Georgia Bar No. 457485

**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

IN RE:  Mary Ann Boden,          *   Chapter 13
              Debtor.                       *   Case No. 13-40327
                                                    *

**MOTION TO PROCEED WITH LOAN MODIFICATION PROCESS**

COMES NOW, Debtor, Mary Ann Boden, by and through her attorney of record and files this her Motion to Proceed with Loan Modification Process with Select Portfolio Servicing and shows as follows:

Debtor shows that she entered into a loan modification agreement with Select Portfolio Servicing and they are requesting Court approval to proceed with the process. The modification will allow debtor to catch up mortgage payments and allow debtor to remain in the house.

WHEREFORE, Debtor prays that an Order be issued from this Court allowing debtor to proceed with the loan modification process.

This 2nd day of May, 2016.

                                                                /s/ Valerie G. Long_____
                                                                Valerie G. Long
                                                                Attorney for Debtor

P.O. Box 8641
Columbus, Georgia  31908-8641
(706) 596-6745
Georgia Bar No. 457485

**CERTIFICATE OF SERVICE**

I hereby certify that true copies of the foregoing *Notice* and *Motion to Proceed with Loan Modification Process* have this day been mailed to the names listed below:

| | |
|---|---|
| Kristin Hurst | Select Portfolio Servicing |
| Chapter 13 Trustee | c/o Richard B. Maner, P.C. |
| P.O. Box 1907 | 5775 Glenridge Drive |
| Columbus, GA 31902-1907 | Bldg. D, Ste. 100 |
| | Atlanta, GA 30328 |
| Elizabeth Hardy | |
| United States Trustee | Mary Ann Boden |
| 440 Martin Luther King Jr. Blvd. | 1056 Bolton Avenue |
| Suite 302 | Columbus, GA 31906 |
| Macon, GA 31201 | |

in envelopes properly addressed, stamped and deposited in the United States Mail to insure delivery.

This the 2nd day of May, 2016.

/s/ Valerie G. Long
Valerie G. Long
Attorney for Debtor

4800 Armour Road
P.O. Box 8641
Columbus, Georgia  31908-8641
(706) 596-6745
Georgia Bar No. 457485