**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | | |
|---|---|---|
| IN RE:  Mary Ann Boden, | * | **Chapter 13** |
| Debtor. | * | **Case No. 13-40327** |
| | * | |

**NOTICE**

THE DEBTOR HAS FILED PAPERS WITH THE COURT ON A MOTION TO PROCEED WITH LOAN MODIFICATION PROCESS.

YOUR RIGHTS MAY BE AFFECTED.  YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE.  (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.)

IF YOU DO NOT WANT THE COURT TO GRANT THE MOTION, THEN YOU OR YOUR ATTORNEY MUST FILE WITH THE COURT A WRITTEN RESPONSE TO THE MOTION ON OR BEFORE **MAY 26, 2016.**

IF YOU MAIL YOUR RESPONSE TO THE COURT FOR FILING; YOU MUST MAIL IT TO THE UNITED STATES BANKRUPTCY COURT, 901 FRONT AVENUE, ONE ARSENAL PLACE, COLUMBUS, GEORGIA 31901 EARLY ENOUGH SO THE COURT WILL **RECEIVE** IT ON OR BEFORE THE DATE STATED ABOVE.

IF YOU FILE A RESPONSE AND DO NOT WANT THE COURT TO GRANT THE MOTION, OR IF YOU WANT THE COURT TO CONSIDER YOUR VIEWS ON THE MOTION, THEN YOU OR YOUR ATTORNEY MUST ATTEND THE HEARING SCHEDULED FOR **JUNE 28, 2016 AT 2:00 P.M.,** IN THE UNITED STATES BANKRUPTCY COURT, 901 FRONT AVENUE, ONE ARSENAL PLACE, COLUMBUS, GEORGIA.

IF YOU OR YOUR ATTORNEY DO NOT TAKE THESE STEPS, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE MOTION.

IF YOU FAIL TO FILE AND SERVE A RESPONSE WITHIN THE TIME SET FORTH ABOVE AN ORDER WILL BE ENTERED GRANTING THE RELIEF REQUESTED AND A HEARING WILL NOT BE HELD.

Date:  05/02/2016

/s/ Valerie G. Long
Valerie G. Long
Attorney for Debtor

4800 Armour Road
P.O. Box 8641
Columbus, Georgia  31908-8641
(706) 596-6745
Georgia Bar No. 457485

**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

IN RE:  **Mary Ann Boden,**                    *    **Chapter 13**
                     **Debtor.**                    *    **Case No. 13-40327**
                                                        *

## MOTION TO PROCEED WITH LOAN MODIFICATION PROCESS

COMES NOW, Debtor, Mary Ann Boden, by and through her attorney of record and files this her

Motion to Proceed with Loan Modification Process with Select Portfolio Servicing and shows as follows:

Debtor shows that she entered into a loan modification agreement with Select Portfolio

Servicing  and they are requesting Court approval to proceed with the process.  The modification will

allow debtor to catch up mortgage payments and allow debtor to remain in the house.

WHEREFORE, Debtor prays that an Order be issued from this Court allowing debtor to proceed

with the loan modification process.

This 2nd day of May, 2016.

                                                        /s/ Valerie G. Long_____
                                                        Valerie G. Long
                                                        Attorney for Debtor

P.O. Box 8641
Columbus, Georgia  31908-8641
(706) 596-6745
Georgia Bar No. 457485

## CERTIFICATE OF SERVICE

I hereby certify that true copies of the foregoing *Notice* and *Motion to Proceed with Loan*

*Modification Process* have this day been mailed to the names listed below:

Kristin Hurst                                      Select Portfolio Servicing
Chapter 13 Trustee                          c/o Richard B. Maner, P.C.
P.O. Box 1907                                  5775 Glenridge Drive
Columbus, GA 31902-1907              Bldg. D, Ste. 100
                                                        Atlanta, GA 30328

Elizabeth Hardy
United States Trustee                        Mary Ann Boden
440 Martin Luther King Jr. Blvd.       1056 Bolton Avenue
Suite 302                                         Columbus, GA 31906
Macon, GA 31201


in envelopes properly addressed, stamped and deposited in the United States Mail to insure delivery.

This the 2nd day of May, 2016.


/s/ Valerie G. Long
Valerie G. Long
Attorney for Debtor


4800 Armour Road
P.O. Box 8641
Columbus, Georgia  31908-8641
(706) 596-6745
Georgia Bar No. 457485